plaintiffs. *Higgins, Cavanagh & Cooney, John C. Peterson,* for defendant.

October 3, 1978.

C. A. No. 77-338. STATE *v.* SCOTT BADESSA. The defendant's request for a further extension of time in which he can file his brief is denied. The defendant's appeal is denied and dismissed because of his continued failure to file his brief. If the defendant does file his brief on or before November 3, 1978, the clerk is authorized to enter an order vacating this order. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for plaintiff. *John A. O'Neill, Jr.,* for defendant.

C. A. No. 77-379. STATE *v.* WILLIAM SUNDEL. The defendant's request for a further extension of time in which he can file his brief is denied. The defendant's appeal is denied and dismissed because of his continued failure to file his brief. If the defendant does file his brief on or before November 3, 1978, the clerk is authorized to enter an order vacating this order. *Julius C. Michealson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for plaintiff. *John A. O'Neill, Jr.,* for defendant.

October 5, 1978.

M. P. No. 78-342. ARTHUR ARZAMANSKI *v.* HARRY CURVIN, CHAIRMAN, *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. This case is assigned to the calendar for Tuesday, October 10, 1978 at 9:30 a.m. for oral argument. The stay previously issued in this case is continued until further order of this court. *Natale L. Urso, Thomas J. Liguori, Jr.,* for petitioner. *J. Peter Doherty,* Special Assistant Attorney General, *Goldman, Biafore & Hines, Dennis H. Esposito,* for respondents.